**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000962
03-APR-2019
08:59 AM**

NO. CAAP-18-0000962

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

649463 B.C. LTD., Plaintiff-Appellee v.
ISLAND LIVING; TRISH HUNEYCUTT; Defendants-Appellants,
and JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10,
DOE PARTNERSHIPS 1-10, DOE ENTITIES 1-10, and
DOE GOVERNMENTAL ENTITIES 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0517(1))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice, filed March 15, 2019, by Defendants-
Appellants Island Living and Trish Honeycutt, the papers in
support, and the record, it appears that (1) the appeal has not
been docketed; (2) the parties stipulate to dismiss the appeal
with prejudice, and bear their own attorneys' fees and costs; (3)
the stipulation is dated and signed by counsel for all parties
appearing in the appeal; and (4) dismissal is authorized by
Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved, and the appeal is dismissed with

prejudice.    The parties shall bear their own attorneys' fees and costs.

DATED:    Honolulu, Hawai'i, April 3, 2019.


Chief Judge


Associate Judge


Associate Judge